**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-1291**

─────────────

MARTIN ROB CAGAN,

Plaintiff - Appellant,

and

AMERICA'S FAVORITE BAGEL, INCORPORATED,

Plaintiff,

versus

POPEYE'S OF MARYLAND, INCORPORATED; CMI MAN-
AGEMENT COMPANY; FRANK DIMICK; JOSEPH SEVALL;
AMERICA'S FAVORITE CHICKEN COMPANY,

Defendants - Appellees,

and

THE AMERICAN BAGEL COMPANY, d/b/a Chesapeake
Bagel Bakery, d/b/a David Lavine,

Party in Interest.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-96-2813-JFM)

─────────────

Submitted:  August 13, 1998          Decided:  August 31, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Martin Rob Cagan, Appellant Pro Se. Allan Pike Hillman, NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A., Baltimore, Maryland; Jay Ira Morstein, PIPER & MARBURY, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting Defendants' motion for summary judgment on Appellants' complaint alleging trademark infringement, trade dress infringement, breach of contract, conversion, and unjust enrichment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cagan v. Popeye's of Maryland, Inc., No. CA-96-2813-JFM (D. Md. Oct. 21, 1997; Jan. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED